IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM GIBSON,

Plaintiff,

v.

Case No. 16-cv-1310 JPG/SCW

JOE ADEN, *et al.*,

Defendants.

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: March 23, 2018**  **JUSTINE FLANAGAN, Acting Clerk of Court**

**s/Tina Gray**
**Deputy Clerk**

**Approved:**  *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**